UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RANDALL DUFFEY,**

    **Plaintiff,**

v.                                       Case No:  8:18-cv-00388-CEH-JSS

**BRIGHT HOUSE NETWORKS,
LLC a/k/a CHARTER
COMMUNICATIONS,
INC.; AND NUVOXX
COMMUNICATIONS, LTD.,**

    **Defendants.**
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, **RANDALL DUFFEY**, and Defendants, **BRIGHT HOUSE NETWORKS, LLC a/k/a CHARTER COMMUNICATIONS, INC.** and **NUVOXX COMMUNICATIONS, LTD.**, hereby stipulate to dismissal of this action with prejudice pursuant to F̲ED̲. R. C̲IV̲. P. 41(a), with each party bearing its own attorneys' fees and costs.

**[SIGNATURES OF COUNSEL ON FOLLOWING PAGE]**

Respectfully submitted this June 6, 2019,

| | |
|---|---|
| */s/ Kaelyn Steinkraus* <br> Kaelyn Steinkraus, Esq. <br> Florida Bar No. 125132 <br> kaelyn@zeiglerlawoffice.com <br> Michael A. Ziegler, Esq. <br> Florida Bar No. 74864 <br> mike@zieglerlawoffice.com <br> **Law Office of Michael A. Ziegler, P.L.** <br> 2561 Nursery Road, Suite A <br> Clearwater, FL 33764 <br> (p) (727) 538-4188 <br> (f) (727) 362-4778 <br> *Attorneys for Plaintiff Randall Duffey* | */s/ Sangeeta Spengler* <br> Sangeeta Spengler, Esq. <br> **GOLDEN SCAZ GAGAIN, PLLC** <br> Florida Bar No. 0186864 <br> 201 North Armenia Avenue <br> Tampa, Fl 33609 <br> Phone: 813-251-5500 <br> Email: spspengler@gsgfirm.com <br> *Attorney for Defendant Bright House Networks, LLC a/k/a Charter Communications, Inc.* |

*/s/ Adam Knight*
Adam J. Knight, Esq.
Florida Bar No. 69400
Primary Email: aknight@burr.com
Secondary Email: dmorales@burr.com;
anolting@burr.com; mguerra@burr.com
**BURR & FORMAN LLP**
201 N. Franklin Street, Suite 3200
Tampa, FL 33602
Telephone: 813-221-2626
Facsimile: 813-221-7335
*Attorneys for Nuvoxx Communications, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2019, a true and correct copy of the foregoing was served on all counsel of record through the Court's CM/ECF system.

*Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132
