UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANDALL DUFFEY,

    Plaintiff,

v.                                                                          Case No: 8:18-cv-388-T-36JSS

BRIGHT HOUSE NETWORKS, LLC and
NUVOXX COMMUNICATIONS, LTD,

    Defendants.
_____/

**O R D E R**

    Before the Court is the Stipulation of Dismissal with Prejudice (Doc. 34).  In accord with the Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 34).

    2)    This cause is dismissed, with prejudice.  Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on June 7, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record